THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leroy Shaw, Appellant.
 
 
 

Appeal from Sumter County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2007-UP-201
Submitted April 2, 2007  Filed May 4, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Leroy Shaw appeals his conviction for attempted burglary and resulting sentence of life without parole.  Shaw alleges the trial judge erred in denying his motion for a directed verdict.  In addition, Shaw filed a pro se response brief arguing alternative reasons the trial judge allegedly erred in denying his directed verdict motion and in admitting evidence.  After a thorough review of the record, counsels brief, and Shaws pro se response brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Shaws appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.